**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SASAN MOMENI,<br><br>      Plaintiff,<br><br>    v.<br><br>LITTLE CAESARS *et al.*,<br><br>      Defendants. | Case No.: 13-CV-5847 YGR<br><br>**ORDER:**<br>**(1) WARNING PRO SE PLAINTIFF RE: FAILURE TO FILE AN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS;**<br>**(2) GRANTING EXTENSION OF TIME TO FILE OPPOSITION BRIEF;**<br>**(3) CONTINUING MOTION HEARING** |

On January 7, 2014, Defendant Little Caesar Enterprises, Inc. (sued here as Little Caesars) filed a motion to dismiss this lawsuit. (Dkt. No. 3.) If the Court grants that motion and dismisses this lawsuit, the lawsuit will be over and the Plaintiff, Mr. Momeni, will have lost.

Under this Court's Civil Local Rules 7-3(a) and 7-3(b), Mr. Momeni was required to file either a brief opposing the motion to dismiss his lawsuit, or a notice that he does not oppose dismissal.[1] Mr. Momeni's papers were due on January 21, 2014. As of the date of this Order, Mr. Momeni has not filed anything. As a result, the Court is considering dismissing his lawsuit for "failure to prosecute," that is, a failure to meet deadlines and keep the lawsuit moving forward.

The Court hereby **EXTENDS** Mr. Momeni's time to file his papers. **Mr. Momeni shall file an opposition to the Motion to Dismiss no later than February 11, 2014. Failure to file an opposition by that date will result in dismissal of this lawsuit for failure to prosecute.** Any reply to an opposition must be served and filed no later than February 18, 2014. Civ. L.R. 7-3(c).

Mr. Momeni may seek assistance at the Court's Legal Help Center. The Legal Help Center may assist persons who do not have lawyers if they make an appointment. The Legal Help Center's phone number is (415) 782-8982 and its website is http://cand.uscourts.gov/helpcentersf.

---

[1] The Court's Civil Local Rules may be accessed for free at: http://cand.uscourts.gov/localrules/civil

1. The Court **CONTINUES** the hearing in this matter from February 18, 2014 to the Court's 2:00 p.m. Calendar on **March 11, 2014**. The hearing, if necessary, shall convene in Courtroom 5 of the United States Courthouse located at 1301 Clay Street in Oakland, California.

**IT IS SO ORDERED.**

Dated: January 27, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

United States District Court
Northern District of California