United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SASAN MOMENI,<br><br>   Plaintiff,<br><br>   v.<br><br>LITTLE CAESARS *et al.*,<br><br>   Defendants. | Case No.: 13-CV-5847 YGR<br><br>**ORDER:**<br>**(1) GRANTING MOTION TO DISMISS AS UNOPPOSED;**<br>**(2) GRANTING LEAVE TO AMEND COMPLAINT;**<br>**(3) DENYING REQUEST FOR INTRADISTRICT TRANSFER;**<br>**(4) REQUIRING PARTIES TO MEET AND CONFER; AND**<br>**(5) SETTING COMPLIANCE HEARING** |

On December 17, 2013, pro se plaintiff Sasan Momeni filed the instant lawsuit in this Court's San Jose division. Pursuant to the Court's assignment plan, the case was randomly assigned to the undersigned Judge, who sits in Oakland.

On January 7, 2014, Defendant Little Caesar Enterprises, Inc. (sued here as Little Caesars) filed a motion to dismiss the lawsuit. (Dkt. No. 3 ("Motion to Dismiss").) Among the grounds for dismissal raised in the Motion to Dismiss are insufficient process and insufficient service of process. Fed. R. Civ. P. 12(b)(4), 12(b)(5). Mr. Momeni failed to oppose the motion by the deadline set forth in this Court's Civil Local Rule 7-3. On January 27, 2014, the Court, in deference to Mr. Momeni's status as a pro se litigant, extended his time to respond to the Motion to Dismiss, continued the motion hearing, notified Mr. Momeni that his case would be dismissed for failure to prosecute if he failed to oppose the Motion to Dismiss by the newly set deadline, and referred Mr. Momeni to the Court's pro se help center. (Dkt. No. 4.)

On January 29, 2014, Mr. Momeni filed a paper styled as "Plaintiff's Motion 'to Extend Time' to Retain Counsel to Amend the Complaint; *and* to Obtain Additional Vital Documentary Evidence; *and* in Order for Plaintiff to Serve Defendants in Compliance with the FRCP 12(b)(4), (5), & (6) & FRCP (15)(d)" [*sic*]. (Dkt. No. 5 ("Plaintiff's Motion") (emphases in original).) Mr. Momeni asks the Court to "extend time" through May 18, 2014 so that Mr. Momeni can obtain counsel to amend the complaint. (*Id.* at 2.) Plaintiff's Motion also requests intradistrict transfer of this case to the San Jose division. (*Id.*)

Plaintiff's Motion, in effect, concedes that service is improper. The Court construes it, therefore, as a statement of non-opposition to the Motion to Dismiss, at least insofar as insufficiency of process and service of process are concerned. Accordingly, the Court **GRANTS** the Motion to Dismiss. The Court gives Mr. Momeni **LEAVE TO AMEND** his complaint. Whether or not he obtains counsel, Mr. Momeni shall cause an amended complaint to be filed no later than **Monday, May 19, 2014**. Failure to file an amended complaint on or before that date shall result in automatic dismissal of this case with prejudice and without further Order of the Court.

Mr. Momeni's request to have this case transferred to the Court's San Jose division is **DENIED**. Mr. Momeni demonstrates no good cause and cites no legal authority in support of his request. (*See* Plaintiff's Motion at 2.)

However, the Court's Local Rules permit parties to consent at any time to reassignment of their cases to a magistrate judge. (N.D. Cal. Civ. L.R. 73-1(b).) The parties may select the magistrate judge to which they wish to be assigned; they may ask the Court to select one for them; or they may request a random reassignment to a magistrate. In any event, for reassignment to occur, *both sides* must agree to the reassignment. (*See id.*) The Court **ORDERS** Mr. Momeni and counsel for Little Caesar to meet and confer by telephone on the issue of whether they will consent to the jurisdiction of a magistrate judge, particularly a magistrate seated in San Jose, either Magistrate Judge Lloyd or Magistrate Judge Grewal. The parties may review their profiles at: http://www.cand.uscourts.gov/judges.

The Court **SETS** a compliance hearing for the Court's 9:01 a.m. Calendar on **Friday, March 7, 2014**, in Courtroom 5 of the United States Courthouse located at 1301 Clay Street in Oakland,

California.  No later than **Friday, February 28, 2014**, the parties shall file either (1) a stipulation consenting to the jurisdiction of a magistrate judge or (2) a statement certifying that they have met and conferred as required by this Order but were unable to arrive at an agreement on consenting to magistrate jurisdiction.  If the parties timely comply with these requirements, the Court will vacate the compliance hearing and no appearance will be required.  Failure to comply may result in sanctions, including monetary sanctions.

The Court again notifies Mr. Momeni that he may use the Court's free resources for persons who have no lawyer.  The Court's San Jose division hosts the Federal Legal Assistance Self-Help Center (FLASH).  Its website is: http://cand.uscourts.gov/helpcentersj.  It provides help by appointment only.

**IT IS SO ORDERED.**

Dated: February  5, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**