MARIA C. RODRIGUEZ (SBN 194201)
maria.rodriguez@dlapiper.com
BENJAMIN M. GIPSON (SBN 222830)
ben.gipson@dlapiper.com
HAYLEY J. WALLACE (SBN 290133)
hayley.wallace@dlapiper.com
**DLA PIPER LLP (US)**
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, California 90067-4704
Tel:  310.595.3000
Fax:  310.595.3334

Attorneys for Defendant
LITTLE CAESAR ENTERPRISES, INC.

ANGELICA M. AYAR (SBN 294272)
AYARLAWOFFICES@GMAIL.COM
**LAW OFFICES OF ANGELICA AYAR**
101 California Street, Suite 2710
San Francisco, California 94111
Tel:  415.365.9552

Attorney for Plaintiff
SASAN MOMENI

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SASAN MOMENI,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LITTLE CAESARS, ET AL.,<br><br>　　　　　Defendants. | CASE NO.  CV 13-05847 BLF<br><br>Judge: Beth Labson Freemen<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION RE: CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE** |

# [PROPOSED] ORDER

The Parties having stipulated thereto, and good cause appearing therefore, the Parties' Joint Stipulation re: Continuance of Initial Case Management Conference is GRANTED.

The Initial Case Management Conference, currently set by this Court as May 20, 2014, is hereby continued to June 26, 2014 at 1:30 p.m.

The parties shall submit an updated Joint Case Management Statement by June 19, 2014.

**IT IS SO ORDERED**.

Dated: May 1, 2014

_____
Honorable Beth Labson Freeman
Judge of the United States District
Court Northern District of California