UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SASAN MOMENI, <br>     Plaintiff, <br> v. <br> LITTLE CAESARS, et al., <br>     Defendants. | Case No.  13-cv-05847-BLF <br><br> **CASE MANAGEMENT ORDER** |

On June 26, 2014, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
|---|---|
| Further Case Management Conference | 01/15/2015 at 1:30 pm |
| Case Management Statement due | 01/08/2015 |
| Last Day to Amend Pleadings or Add Parties | N/A |
| Last Day to Disclose Experts | 07/14/2015 |
| Fact Discovery Cut-Off | 07/02/2015 |
| Expert Discovery Cut-Off | N/A |
| Last Day to Hear Dispositive Motions | 08/13/2015 - Parties must reserve hearing date prior to filing of motions. |
| Final Pretrial Conference | N/A |
| Trial | 11/09/2015 at 9:00 am |

United States District Court
Northern District of California

1
2
3   IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery
4 are referred to the assigned Magistrate Judge.
5   IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing
6 orders, which are available on the Court's website and in the Clerk's Office.
7   IT IS FURTHER ORDERED THAT the Parties are referred to ADR for mediation.
8
9 Dated:  June 26, 2014
10                                                                    _____
11                                                                    BETH LABSON FREEMAN
                                                                     United States District Judge