UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

SASAN MOMENI,

        Plaintiff,

  v.

LITTLE CAESARS, et al.,

        Defendants.

Case No. 13-cv-05847-BLF

**CASE MANAGEMENT ORDER**

On January 15, 2015, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
| --- | --- |
| Further Case Management Conference | N/A |
| Last Day to Amend Pleadings or Add Parties | N/A |
| Last Day to Disclose Experts | N/A |
| Fact Discovery Cut-Off | 09/11/2015 |
| Disclosure of Expert Reports | 10/23/2015 |
| Last Day to Hear Dispositive Motions | 11/05/2015 at 9:00 am |
| Final Pretrial Conference | 01/21/2016 at 2:30 pm |
| Bench Trial | 02/01/2016 at 9:00 am |

1   IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery
2 are referred to the assigned Magistrate Judge.
3   IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing
4 orders, which are available on the Court's website and in the Clerk's Office.

Dated:  January 15, 2015

_____
BETH LABSON FREEMAN
United States District Judge